
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/13/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ROBIN LEE JENKINS | * | CIVIL ACTION |
| | * | NO. CV05-0917 |
| VERSUS | | |
| | * | JUDGE MELANCON |
| FOREST OIL CORPORATION | * | MAGISTRATE JUDGE HILL |

## ORDER

The foregoing Unopposed Motion to Dismiss considered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that The Gray Insurance Company's claims of intervention against Robin Lee Jenkins, Forest Oil Corporation and Baker/MO Services, Inc. are hereby dismissed WITH PREJUDICE.

_____
DISTRICT COURT JUDGE

Lafayette, Louisiana this 13th Day of December, 2006.

185397_1

-3-

186791_1 (2)